UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------x
                                                        :
IN RE:                                                  :    Civil Action No.: 09 CV 1904
                                                        :
    LETTER ROGATORY dated                               :
    December 12, 2008 issued by                         :
    JUDGE GABRIELA LORENA                               :
    ESLAVA of the Second Family                         :
    Court in Córdoba, Argentina to                      :
    Obtain Evidence in this District                    :
                                                        :
--------------------------------------------------------x

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/9/09

[PROPOSED] ORDER GRANTING APPLICATION
UNDER 28 U.S.C. § 1782 TO OBTAIN EVIDENCE IN RESPONSE
TO A LETTER ROGATORY ISSUED BY A FOREIGN TRIBUNAL

WHEREAS the Verified Complaint in this matter consists of an application under 28 U.S.C. § 1782 to obtain evidence in response to a letter rogatory issued by a foreign tribunal, which is annexed as Attachment 1 to the Verified Complaint (the "Letter Rogatory"), and

WHEREAS the Letter Rogatory was issued on December 12, 2008 by Hon. Gabriela Lorena Eslava, Judge of the Second Family Court in Cordoba, Argentina, in connection with a matrimonial action pending in that court (the "Underlying Argentine Action"), and

WHEREAS the Letter Rogatory seeks evidence from Israel Discount Bank of New York, which maintains offices in this district at 511 Fifth Avenue, New York, New York 10017, for use in the Underlying Argentine Action;

WHEREAS the Letter Rogatory authorizes the applicant, Silvia L. Bolatti, to conduct all procedural acts necessary for the execution of the Letter Rogatory and the applicant has commenced this action pursuant to that authority, and

1

WHEREAS the Verified Complaint seeks appointment of the applicant as the person authorized under 28 U.S.C § 1782 to administer any necessary oath and to take the evidence requested in the Letter Rogatory, and

WHEREAS the Verified Complaint complies with the requirements of 28 U.S.C. § 1782,

IT IS HEREBY ORDERED that:

1. The applicant, Silvia L. Bolatti, Esq., a member of the firm of Bolatti & Griffith, LLP, 45 Broadway, Suite 2200, New York, New York 10006, is hereby appointed under 28 U.S.C. § 1782 to administer any necessary oath and to take the evidence requested in the Letter Rogatory from the Israel Discount Bank of New York in accordance with the Federal Rules of Civil Procedure.

2. This Court shall retain jurisdiction over this matter to resolve any objections or other matters concerning production of the evidence requested in the Letter Rogatory.

3. The applicant is directed (i) to transmit any evidence obtained in response to the Letter Rogatory to Judge Eslava with a copy of this Order and a certified Spanish translation of this Order; and (ii) to file a status report with this Court describing the results of applicant's efforts to obtain the evidence requested in the Letter Rogatory.

Dated: New York, New York
March 6, 2009

_____
Hon. Barbara S. Jones, USDJ