# BOLATTI & GRIFFITH

45 BROADWAY • SUITE 2200
NEW YORK, NEW YORK 10006
(212) 363-3780

WRITER'S DIRECT LINE: (212) 363-3782
EMAIL: EG@BOLATTIGRIFFITH.COM

TELECOPIER: (212) 363-3790
URL: HTTP://WWW.BOLATTIGRIFFITH.COM

April 1, 2011

**VIA FAX (212-805-6191)**

Hon. Barbara S. Jones
United States District Court
for the Southern District of New York
500 Pearl Street
New York, New York 10007-1312

*USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/1/11*

Re: *In Re Letter Rogatory dated December 12, 2008 issued by Judge Gabriela Lorena Eslava of the Second Family Court in Córdoba, Argentina to Obtain Evidence in this District, 09 Civ. 1904-BSJ*

Dear Judge Jones:

By Order dated March 6, 2009, you granted our application to obtain evidence pursuant to the above referenced letter rogatory. We subsequently obtained information from the Israel Discount Bank of New York and transmitted that information to Judge Eslava pursuant to the letter rogatory and your March 6, 2009 Order.

Since then, we have not been able to contact our client and we have no instructions to take any further action in this matter. Accordingly, we see no reason why this case may not be closed.

Sincerely,

Edward Griffith

EG:dd

*The Clerk of the Court is directed to close this case.*
*So ordered: Barbara S. Jones, USDJ 4/1/11*

A LIMITED LIABILITY PARTNERSHIP